

FILED
CLERK, U.S. DISTRICT COURT
11/5/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Myah Ofeibia Saakwa-Mante<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-MJ-6694-Duty<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __November 12__, __2024__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable _____, in Courtroom __790__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __November 5, 2024__   _____
U.S. ~~District Judge~~/Magistrate Judge